Fred SILVER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104116

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: August 23, 2016

John K. Tucci, St. Louis, Missouri, for Appellant.

Chris Koster, Evan J. Buchheim, Jefferson City, Missouri, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

ORDER

PER CURIAM

Fred Silver appeals from the motion court's judgment denying his post-conviction motion pursuant to Rule 29.15 without evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).